IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-01281-AP**

**DONNA M. SIMMONS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Defendant's Unopposed Motion for Leave to File Answer Out of Time (doc. #4), filed October 5, 2005, is **GRANTED.**  The answer is accepted as timely filed.

Dated:  October 5, 2005