IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01281-AP

DONNA M. SIMMONS,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Tracy Lynn Stewart
    Ring & Associates
    2550 Stover Street
    Building C
    Fort Collins, CO 80525
    (970) 221-0664
    E-mail: tracy@rhlawpc.com

    For Defendant:
    Bonnie E. Sims
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-7278
    E-mail: bonnie.sims@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

   A.   **Date Complaint Was Filed:   7/11/05**

   B.   **Date Complaint Was Served on U.S. Attorney's Office:   8/5/05**

   C.   **Date Answer and Administrative Record Were Filed:   10/4/05**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

A.   **Plaintiff states: There are no issues with the accuracy or completeness of the Administrative Record.  Plaintiff believes the record is complete.**

B.   **Defendant states: There are no issues with the accuracy or completeness of the Administrative Record.  Defendant believes the record is complete.**

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

A.   **Plaintiff does not plan to submit additional evidence.**

B.   **Defendant does not plan to submit additional evidence.**

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

A.   **Plaintiff states:  This case does not raise unusual claims or defenses.**

B.   **Defendant states:  This case does not raise unusual claims or defenses.**

## 7. OTHER MATTERS

A.   **Plaintiff: Plaintiff has no other matters at this time.**

B.   **Defendant:  Defendant has no other matters at this time.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:    <u>January 20, 2006</u>

    B.    Defendant's Response Brief Due:    <u>February 20, 2006</u>

    C.    Plaintiff's Reply Brief (If Any) Due:    <u>March 7, 2006</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement: Oral Argument may be appropriate.**

    B.    **Defendant's Statement: Oral Argument is not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>13th</u> day of <u>December,</u> 2005.

                                                   BY THE COURT:

                                                 S/John L. Kane
                                                 U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Tracy Stewart
By: Tracy Stewart, Esq.
Ring & Associates
2550 Stover Street
Building C
Fort Collins, CO 80525
(970) 221-0664
E-mail: tracy@rhlawpc.com
Attorney for Plaintiff

UNITED STATES ATTORNEY

s/ Bonnie E. Sims
By: Bonnie E. Sims,
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-7278
Bonnie.sims@ssa.gov

Attorney for Defendant(s)